IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHERRY MELTON )
) No. 3-13-0825
v. )
)
THE VANDERBILT UNIVERSITY )

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, with minor modifications addressed at the initial case management conference held on October 7, 2013. Those modifications and other matters addressed on October 7, 2013, are as follows:

1. All written discovery shall be propounded no later than March 25, 2014.

2. No discovery motion shall be filed until counsel for the parties schedule and participate in a telephone conference call with the Magistrate Judge. Any such conference call shall be scheduled no later than May 2, 2014.

As provided in the contemporaneously entered order, any dispositive motion shall be filed by May 23, 2014. Any response shall be filed within 21 days of the filing of the motion or by June 13, 2014, if the motion is filed on May 23, 2014. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by June 27, 2014, if the response is filed on June 13, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after June 27, 2014, except with the express permission of the Honorable Kevin H. Sharp.

There shall be no stay of discovery before the April 25, 2014, deadline for completion of fact discovery or the July 25, 2014, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

In consultation with Judge Sharp's office, a bench trial is scheduled to begin on **Tuesday, September 30, 2014, at 9:00 a.m.,** in Courtroom A-826, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties estimate that the trial will last no more than three (3) days.

A pretrial conference is also scheduled before Judge Sharp on **Monday, September 8, 2014, at 2:00 p.m.**, in Courtroom A-826.

The parties' obligations prior to the pretrial conference will be set forth by order entered closer to the trial date.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge